PATTEN, receiver, &c. *vs.* HAZEWELL and wife.

Where a defendant, by his answer, denies all the facts stated in the complaint, judgment cannot be taken against him, even by default, without evidence.

THIS action was brought by the plaintiff as receiver of the defendant George R. Hazewell, appointed in proceedings instituted against him by one Francis Kerter, a judgment debtor of said Hazewell, against Hazewell and his wife, and the complaint prayed for a discovery respecting certain property in Texas and Philadelphia alleged to belong to the wife, and for a judgment or order requiring the defendants to transfer said property to a receiver; that the same might be sold, and that the sum of $400, or whatever amount of legal interest the plaintiff had in said property, might be paid over to him, with costs, &c. The defendant Sarah H. Hazewell appeared, and put in an answer denying all the material allegations in the complaint. George R. Hazewell did not answer. The action was brought to trial at a special term held in the city of New York, in March, 1859. Neither of the defendants appeared at the trial, and no evidence was produced by either party. Judgment was ordered by the court for the plaintiff, against both defendants, for the amount of the judgment recovered against George R. Hazewell in the Kerter suit, together with interest and costs, or that the defendants, within twenty days, assign and transfer to the plaintiff, as receiver, the real estate in Texas and Philadelphia, by a good and sufficient deed or deeds of conveyance; and that the plaintiff have power and authority to sell the same, &c. The defendants, on a case and exceptions, moved for a new trial.

*J. H. Patten*, plaintiff, in person.

*J. O. Robinson*, for the defendants.

THE COURT decided that where the defendant, by his answer, denies all the facts stated in the complaint, judgment cannot be taken, even by default, without evidence.

Judgment reversed, and new trial ordered; costs to abide the event

[NEW YORK GENERAL TERM, May 6, 1861.   *Clerke, Sutherland* and *Ingraham*, Justices.]